UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRAMOD AMBALAL PAREKH,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM BARR, et al.,<br><br>    Respondents. | Case No. C19-798-JLR<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and **ORDERS**:

1. The Report and Recommendation is **ADOPTED**.
2. The Government's motion to supplement and dismiss as moot, Dkt. 11, is **GRANTED**.
3. The Government's original motion to dismiss, Dkt. 6, is **DENIED** as moot.
4. Petitioner's habeas petition is **DENIED**.
5. This action is **DISMISSED** without prejudice.

\\

\\

ORDER OF DISMISSAL- 1

6. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 3RD day of Sept., 2019.

_____
JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL- 2